United States Bankruptcy Court
For the Eastern District of Pennsylvania

```
In re:                                :       Chapter 13
 Narberth  & Patricia  Rice
                                      :

Debtor(s)                             :       Bky. No.  0219839
```

### STANDING TRUSTEE'S MOTION FOR DISMISSAL

The standing trustee recommends dismissal of this bankruptcy case for the following reason(s):

Payments to the trustee required by the plan are not being made.

The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in court on the date scheduled for the hearing.

WHEREFORE, the Chapter 13 Standing Trustee prays for an order dismissing the above captioned Chapter13 bankruptcy case.

/S/  William C. Miller
_____
William C. Miller,
Chapter 13 Standing Trustee